# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| ARRON KORTE, *individually and on behalf of others similarly situated*,<br><br>Plaintiff,<br><br>– against –<br><br>PINNACLE FOODS GROUP LLC,<br><br>Defendant. | Case No. 3:17-cv-00199-SMY-SCW<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Plaintiff Arron Korte and defendant Pinnacle Foods Group LLC, through their undersigned counsel, hereby stipulate to the dismissal with prejudice of the above-caption action.

Date: December 12, 2019

Respectfully submitted,

By: */s/ Michael R. Reese*
Michael R. Reese
*mreese@reesellp.com*
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

*Counsel for Plaintiff*

*/s/ Angela M. Spivey*
Angela M. Spivey
*Angela.Spivey@alston.com*
**ALSTON & BIRD LLP**
One Atlantic Center, 1201 W Peachtree St NE
Atlanta, Georgia 3030
Telephone: (404) 881-7857

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, Michael R. Reese, hereby certify that on December 12, 2019, I caused the foregoing document to be filed electronically in the above-captioned action via the Court's CM/ECF system, which caused electronic copies to be served on all counsel of record.

By: */s/ Michael R. Reese*
Michael R. Reese