IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON KORTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-cv-199-SMY |
| | ) |
| PINNACLE FOODS GROUP, LLC., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, the parties having filed a stipulation of dismissal with prejudice, Plaintiff's claims against the Defendant are **DISMISSED with prejudice**.  Accordingly, the Clerk of Court is **DIRECTED** to close this case.


**DATED:  January 22, 2020**        **MARGARET M. ROBERTIE,**
                                     **Clerk of Court**

                                     **By: s/ Stacie Hurst, Deputy Clerk**


Approved:

*[signature]*

**STACI M. YANDLE**
**DISTRICT JUDGE**